UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KIAN DANIEL KHATIBI,

                Plaintiff,

   -against-

STEPHEN BONURA, et al,

                Defendants.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

10 Civ. 1168 (CS)

      PLEASE TAKE NOTICE that GELARDI & RANDAZZO LLP, does hereby enter their appearance on behalf of defendants Stephen Bonura and Robert Mazzei. Any and all correspondence, documents, notices and filings should be forwarded to GELARDI & RANDAZZO LLP at 800 Westchester Avenue, Suite S-608, Rye Brook, New York 10573.

Dated: Rye Brook, New York
       May 18, 2009

                                Respectfully submitted,

                                GELARDI & RANDAZZO LLP

                                By: _____
                                   James A. Randazzo (JR 0156)
                               *Attorneys for Defendants- Stephen Bonura and Robert Mazzei*
                                800 Westchester Avenue, Suite S-608
                                Rye Brook, New York 10573
                                (914) 251-0603