UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIAN DANIEL KHATIBI,

                 Plaintiff,

– against –

STEPHEN BONURA, ROBERT MAZZEI,
THE VILLAGE OF PLEASANTVILLE, and
THE VILLAGE OF PLEASANTVILLE
POLICE DEPARTMENT,

                 Defendants.

**ORDER**

10 Civ. 1168 (ER)

Ramos, D.J.:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated **within thirty (30) days** of the date hereof. Accordingly, the conference scheduled for October 7, 2020 at 10:30 am is cancelled.

    Any application to reopen must be filed **within thirty (30) days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.

    SO ORDERED.

Dated:   October 5, 2020
           New York, New York

                                              Edgardo Ramos, U.S.D.J.